**DISMISS and Opinion Filed February 27, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00999-CV

### GENA M. CROW, Appellant
### V.
### NOSHI PROPERTIES, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02584-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 17, 2023. By postcard dated January 20, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


           /Maricela Breedlove/
           MARICELA BREEDLOVE
           JUSTICE

220999F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GENA M. CROW, Appellant

No. 05-22-00999-CV     V.

NOSHI PROPERTIES, LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-22-02584-A.

Opinion delivered by Justice Breedlove. Justices Partida-Kipness and Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 27, 2023